## Return of Service

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Securities and Exchange Commission
   Plaintiff

Case Number: 22-cv-81092-DMM

vs.

Alexandra Robert; et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Alexandra Robert, at 10146 Stonehenge Cir, APT 713, Boynton Beach FL 33437.

I, Mike Meyer, being duly sworn, depose and say that on July 29, 2022 at or about 1:05 PM I served Summons in a Civil Action; Complaint for Injunctive and Other Relief and Demand for Jury Trial to Nida M. as General Manager of the UPS Store Private Mailbox of Alexandra Robert. Service occurred at 931 Village Boulevard, West Palm Beach, FL 33409.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

                                                  7/29/22
Mike Meyer                                             Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-101068
Reference: 22-MIRO-025